```
JESSE WAYNE KILE              GOODLEAP LLC.
3512 KITES AVE                ATTN: BANKRUPTCY
PEARL, MS 39208               8781 SIERRA COLLEGE BL
                              ROSEVILLE, CA 95661


THOMAS C. ROLLINS, JR.        JESSICA KILE
THE ROLLINS LAW FIRM, PLLC    3512 KITES AVE
P.O. BOX 13767                PEARL, MS 39208
JACKSON, MS 39236


AFFIRM, INC.                  KEMBADELTFCU
ATTN: BANKRUPTCY              3108 N GERMANTOWN PKWY
650 CALIFORNIA ST             BARTLETT, TN 38133
FL 12
SAN FRANCISCO, CA 94108


CAPITAL ONE                   LOANCARE LLC
ATTN: BANKRUPTCY              3637 SENTARA WAY
PO BOX 30285                  VIRGINIA BEACH, VA 23452
SALT LAKE CITY, UT 84130


CAPITAL ONE                   REGIONS
ATTN: BANKRUPTCY              1900 FIFTH AVE
P.O. BOX 30285                BIRMINGHAM, AL 35203
SALT LAKE CITY, UT 84130


CFNA                          TOWER LOAN
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 81315                  PO BOX 320001
CLEVELAND, OH 44181           FLOWOOD, MS 39232


CITIBANK/BEST BUY             TOYOTA FINANCIAL
PO BOX 790046                 ATTN: BANKRUPTCY
ST LOUIS, MO 63179            PO BOX 259004
                              PLANO, TX 75025


CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113


GENESIS FS
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076
```