## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: Jesse Wayne Kile                                                          **CHAPTER 13**
        Debtor                                                                       **CASE NO. 25-01903-JAW**

## OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, Toyota Motor Credit Corporation ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1.      Objector holds a claim against the Debtor which is secured by a 2018 TOYOTA HIGHLANDER , VIN: 5TDDZRFH0JS833708 ("Property").

2.      The amount owed on the Property is approximately $22,257.32 plus interest.

3.      Debtor's Chapter 13 Plan proposes to value the Property at $14,085.00 with an interest rate of 10%.

4.      The value of the Property which should be paid to Objector is approximately $19,822.50.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays for a payment on its Property of $19,822.50 plus interest, and for such other and more general relief as is just.

                                                                                     Respectfully submitted,

                                                                                     **BENNETT LOTTERHOS SULSER**
                                                                                      **& WILSON, P.A.**

                                                                                    /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Torri Parker Martin at tpm@tpmartinch13.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Jesse Wayne Kile
3512 Kites Ave
Pearl, MS  39208

/s/ Charles Frank Fair Barbour

2