United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-01903-JAW |
| Jesse Wayne Kile | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Wayne Kile, 3512 Kites Ave, Pearl, MS 39208-2937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com |
| Kimberly D. Putnam | on behalf of Creditor Nations Lending Corporation kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jesse Wayne Kile trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Sep 25, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 25, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

In re: Jesse Wayne Kile                                                                CHAPTER 13
      Debtor                                                         CASE NO. 25-01903-JAW

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #16]

**CAME BEFORE THIS COURT** on Objection of Toyota Motor Credit Corporation ("Objector") to the Chapter 13 Plan, and based upon the agreement of the parties, the Court does hereby find that the parties agree as follows:

1. That Objector holds a claim against Debtor which is secured by a 2018 TOYOTA HIGHLANDER, VIN: 5TDDZRFH0JS833708 ("Property").

2. That the parties have agreed to amend the proposed payment on the Property from $14,085.00 to $19,822.50 with interest at the rate of 10.00% per annum.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby sustained as stated herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the proposed payment on the Property against which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be amended from $14,085.00 to $19,822.50 with interest at the rate of 10.00% per annum.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

2

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended or modified Chapter 13 Plan.

##END OF ORDER##

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor


/s/ Semoune Ellis (w/permission CB) for
Torri Parker Martin
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com

2