United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01903-JAW
Jesse Wayne Kile     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Oct 15, 2025     Form ID: n031     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Wayne Kile, 3512 Kites Ave, Pearl, MS 39208-2937 |
| 5542642 | + | Jessica Kile, 3512 Kites Ave, Pearl, MS 39208-2937 |
| 5555693 | + | Kemba Delta Federal Credit Union, 3108 N. Germantown Pkwy., STE 106, Bartlett TN 38133-4054 |
| 5542643 | + | Kembadeltfcu, 3108 N Germantown Pkwy, Bartlett, TN 38133-4054 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 15 2025 20:08:27 | Nations Lending Corporation, 3637 Sentara Way, Virginia Beach, VA 23452, UNITED STATES 23452-4262 |
| 5542634 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 15 2025 20:17:31 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5561128 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 20:17:24 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5542637 | + | Email/Text: BKPT@cfna.com | Oct 15 2025 20:13:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5546028 | + | Email/Text: BKPT@cfna.com | Oct 15 2025 20:13:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5542635 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 20:17:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5574101 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2025 20:17:39 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5542638 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2025 20:17:33 | Citibank/Best Buy, Po Box 790046, St Louis, MO 63179-0046 |
| 5542639 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2025 20:17:25 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5542640 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 15 2025 20:14:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5542641 | + | Email/Text: accountresearch@goodleap.com | Oct 15 2025 20:13:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Bl, Roseville, CA 95661-5920 |
| 5572178 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2025 20:13:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5544969 | + | Email/Text: msecf@ms.creditorlawyers.com | Oct 15 2025 20:13:00 | Kimberly D. Putnam, Dean Morris, LLC, For Nations Lending Corporation, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5573428 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 20:17:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: n031 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 5542644 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 15 2025 20:13:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5575707 | ^ | MEBN | Oct 15 2025 20:08:27 | Nations Lending Corporation, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5542645 | + | Email/Text: newbk@Regions.com | Oct 15 2025 20:13:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 |
| 5545354 | + | Email/Text: newbk@Regions.com | Oct 15 2025 20:13:00 | Regions Bank, PO Box 10063, Birmingham AL 35202-0063 |
| 5542646 | | Email/Text: bankruptcy@towerloan.com | Oct 15 2025 20:13:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5574994 | + | Email/Text: bankruptcy@towerloan.com | Oct 15 2025 20:13:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5542647 | ^ | MEBN | Oct 15 2025 20:07:46 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5566564 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 15 2025 20:13:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| 5542636 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com |
| Kimberly D. Putnam | on behalf of Creditor Nations Lending Corporation kim.mackey@ms.creditorlawyers.com  msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jesse Wayne Kile trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3     User: mssbad     Page 3 of 3
Date Rcvd: Oct 15, 2025     Form ID: n031     Total Noticed: 26

Torri Parker Martin
     tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01903−JAW
**Chapter:** 13

**In re:**

Jesse Wayne Kile
3512 Kites Ave
Pearl, MS 39208

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 15, 2025 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: October 15, 2025                              Danny L. Miller, Clerk of Court