**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jesse Wayne Kile |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | Southern District of Mississippi |
| Case number | 25-01903-JAW |

Official Form 410S2

# Notice of Post-Petition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Nations Lending Corporation      **Court claim no.** (if known): 13

**Last four digits** of any number you use to identify the debtor's account:      9340

**Does this notice supplement a prior notice of postpetition fees, expenses and charges?**

☑ No
☐ Yes. Date of Last Notice: _____ /_____ /_____

### Part 1: Itemize Post-Petition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney's fees | 08/10/2025 (Plan Review) | (3) $ 75.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of Claim fees | 10/14/2025 | (5) $ 275.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property Inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) $ 0.00 |
| 11. Other. Specify: _____ | | (11) $ 0.00 |
| 12. Other: Specify: _____ | | (12) $ 0.00 |
| 13. Other. Specify: _____ | | (13) $ 0.00 |
| 14. Other. Specify: _____ | | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Jesse Wayne Kile
         First Name   Middle Name   Last Name

Case number (*if known*)  25-01903-JAW

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michael Lindsey
   Signature

Print:  Michael Lindsey
        First Name   Middle Name   Last Name

Company  Halliday, Watkins & Mann, P.C.

376 East 400 South, Suite 300
Number    Street

Salt Lake City, UT 84111
City           State      Zip

Contact Phone (801) 355-2886

Date: 01/05/2026

Title  Attorney at Law

Email info@hwmlawfirm.com

Official Form 410S2    Notice of Post-Petition Mortgage Fees, Expenses and Charges    page 2

## MAILING CERTIFICATE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses, and Charges was mailed by first class mail, postage prepaid, or via ECF, this 5th day of January 2026, to each of the following:

| | |
|---|---|
| Jesse Wayne Kile<br>3512 Kites Ave<br>Pearl, MS 39208<br>Debtor | Thomas Carl Rollins, Jr<br>Via ECF<br>Attorney for Debtor |
| United States Trustee<br>Via ECF | Torri Parker Martin<br>Via ECF<br>Chapter 13 Trustee |

/s/ Michael Lindsey
  Michael Lindsey