IN THE UNITED STATES BANKRUPTCY COURT FOR
Southern District of Mississippi

IN RE:   JESSE WAYNE KILE                                           CHAPTER 13
        3512 KITES AVE                                              Case No:  25-01903-JAW
        PEARL, MS 39208

CERTIFICATE  OF  SERVICE

I, Torri Parker Martin, Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified  02/18/2026

                                                                         /s/ Torri Parker Martin
                                                                         Torri Parker Martin